**UNITED STATES BANKRUPTCY COURT**
NORTHERN  **DISTRICT OF** ILLINOIS
EASTERN DIVISION

In re:  STANLEY B. THOMAS    § Case No. 13-34042
                            §         Hon. EUGENE R. WEDOFF
                            §         Chapter 7
                            §
         Debtor(s)

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ALLAN J. DeMARS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
7th Floor
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 11/05/2014 in Courtroom 744, Dirksen Federal Building Courthouse, 219 S. Dearborn Street
Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____    By: Clerk U. S. Bankruptcy Court
                                   (Title of person signing form)

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
19 S. LaSalle St.
Suite 902
Chicago, IL 60603

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
NORTHERN   DISTRICT OF   ILLINOIS
EASTERN DIVISION

In re:   STANLEY B. THOMAS   §   Case No.   13-34042
  §   Hon. EUGENE R. WEDOFF
  §   Chapter 7
  §
Debtor(s)

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*   $9,043.00
*and approved disbursements of*   $4.37
*leaving a balance on hand of* [1]   $9,038.63

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 | $0.00 |

Total to be paid to secured creditors:   $0.00
Remaining balance:   $9,038.63

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| *Trustee, Fees* | ALLAN J. DeMARS | $1,654.30 | $0.00 | $1,654.30 |
| *Trustee, Expenses* | ALLAN J. DeMARS | $9.52 | $0.00 | $9.52 |
| *Attorney for Trustee, Fees* | | | | |
| *Attorney for Trustee, Expenses* | | | | |
| *Accountant for Trustee, Fees* | | | | |
| *Accountant for Trustee, Expenses* | | | | |
| *Auctioneer, Fees* | | | | |
| *Auctioneer, Expenses* | | | | |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

*Charges,* U.S. Bankruptcy Court

*Fees,* United States Trustee

    Other

|  |  |
|---|---|
| Total to be paid for chapter 7 administrative expenses: | $1,663.82 |
| Remaining balance: | $7,374.81 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Total Requested* | *Interim Payments to Date* | *Proposed Payment* |
|---|---|---|---|
| *Attorney for Debtor, Fees* | | | |
| *Attorney for Debtor, Expenses* | | | |
| *Attorney for            , Fees* | | | |
| *Attorney for            , Expenses* | | | |
| *Accountant for          , Fees* | | | |
| *Accountant for          , Expenses* | | | |
| Other | | | |

|  |  |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $7,374.81 |

    In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling _____$0.00_____ must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

|  |  |
|---|---|
| Total to be paid for priority claims: | $0.00 |
| Remaining balance: | $7,374.81 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $26,214.54 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  28.1  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC | $364.32 | $0.00 | $102.50 |
| 2 | Atlas Acquisitions LLC | $536.22 | $0.00 | $150.85 |
| 3 | Sir Finance Corp. | $862.00 | $0.00 | $242.50 |
| 4 | American InfoSource LP agent for Midland Funding | $370.49 | $0.00 | $104.23 |
| 5 | Brother Loan & Finance Co. | $1,117.37 | $0.00 | $314.34 |
| 6 | AAA Checkmate LLC | $1,165.87 | $0.00 | $327.99 |
| 7 | Santander Consumer USA, Inc assignee of HSBC | $19,047.89 | $0.00 | $5,358.65 |
| 8 | American InfoSource LP agent for Direct TV | $255.36 | $0.00 | $71.84 |
| 9 | American InfoSource LP agent for Check n Go | $2,495.00 | $0.00 | $701.91 |

|  |  |
|---|---|
| Total to be paid for timely general unsecured claims: | $7,374.81 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling  $0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be   0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

UST Form 101-7-NFR (10/1/2010)

| | |
|---|---|
| Total to be paid for tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Case 13-34042   Doc 31   Filed 10/17/14   Entered 10/19/14 23:30:20   Desc Imaged
                    Certificate of Notice   Page 6 of 8

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling _____ $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be ___0___ percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

Prepared By: /s/ ALLAN J. DeMARS
　　　　　　　　　Trustee

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
19 S. LaSalle Street
Suite 902
Chicago, IL 60603

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 13-34042-ERW
Stanley B Thomas                                                        Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: corrinal          Page 1 of 2          Date Rcvd: Oct 17, 2014
                              Form ID: pdf006         Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2014.
```
db          +Stanley B Thomas,    4062 West 216th Street,    Apt. 1W,    Matteson, IL 60443-2688
21231561   ++AAA CHECKMATE LLC,    7647 W 63RD ST,    SUMMIT IL 60501-1811
             (address filed with court: AAA CHECKMATE,LLC,    7647 W. 63RD ST.,    SUMMIT, IL. 60501)
20922209    +AAA Check Mate,    160 North Wacker Drive,    Chicago, IL 60606-1633
21431930    +American InfoSource LP as agent for,    DIRECTV, LLC,    Mail Station N387,    2230 E Imperial Hwy,
              El Segundo, CA 90245-3504
21170483    +Atlas Acquisitions LLC  (CorTrust Bank NA),    294 Union St.,    Hackensack, NJ 07601-4303
21170481    +Atlas Acquisitions LLC  (HSBC Bank Nevada, N.A.),    294 Union St.,    Hackensack, NJ 07601-4303
21215529   ++BROTHER LOAN AND FINANCE COMPANY,    7621 W 63RD ST,    SUMMIT IL 60501-1811
             (address filed with court: Brother Loan & Finance Co.,    7621 W. n63rd St.,
               Summit, Il. 60501)
20922208    +Brothers Loans,    7621 W 63rd St,    Summit Argo, IL 60501-1811
20922197    +CCS/FIRST SAVING BANK,    500 E. 60th Street N.,    Sioux Falls, SD 57104-0478
20922207    +Check N Go,    639 W Lincoln Hwy,,    Chicago Heights, IL 60411-2374
20922206    +Comcast,    PO Box 3001,    Southeastern, PA 19398-3001
20922196    +Cook Law Magistrate/Chicag,    50 W.Washington Rm.1001,    Chicago, IL 60602-1316
20922199    +Global Payments Check Se,    PO Box 661158,    Chicago, IL 60666-1158
20922203    +Portfolio Recovery Associate,    120 Corporate Blvd. - Ste .100,    Norfolk, VA 23502-4962
21329243    +Santander Consumer USA Inc,    as Assignee for HSBC,    PO Box 961245,
              Fort Worth, TX 76161-0244
20922204    +Wells Fargo Bank,    PO Box 84712,    Sioux Falls, SD 57118-4712
20922195    +William H. Hunter,    29 S. LaSalle Street,    Chicago, IL 60603-1527
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20922213     E-mail/Text: g17768@att.com Oct 18 2014 00:41:25     AT&T,    PO Box 5001,
              Carol Stream, IL.60197-5001
21187113     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 18 2014 00:46:14
              American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
              Oklahoma City, OK  73126-8941
21433115     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 18 2014 00:56:08
              American InfoSource LP as agent for,    Check N Go,    PO Box 248838,
              Oklahoma City, OK  73124-8838
21036766    +E-mail/Text: bnc@atlasacq.com Oct 18 2014 00:41:27     Atlas Acquisitions LLC,    294 Union St.,
              Hackensack, NJ 07601-4303
20922205    +Fax: 602-659-2196 Oct 18 2014 01:31:14      Chexsystems,    7805 Hudson Road,
              Woodbury, MN 55125-1703
20922194    +E-mail/Text: bankruptcy@consumerportfolio.com Oct 18 2014 00:42:34
              Consumer Portfolio Service,    Po Box 57071,    Irvine, CA 92619-7071
20922198    +E-mail/Text: bknotice@erccollections.com Oct 18 2014 00:42:18     Enhanced Recovery Co LLC,
              8014 Bayberry Road,    Jacksonville, FL 32256-7412
20922201    +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 18 2014 00:54:20     LVNV FUNDING, LLC,
              PO Box 10497,    Greenville, SC 29603-0497
20922202    +E-mail/Text: bankruptcydpt@mcmcg.com Oct 18 2014 00:42:09     Midland Funding,
              8875 Aero Dr. - Ste. 200,    San Diego, CA 92123-2255
20922200    +E-mail/Text: merle@sirfinance.com Oct 18 2014 00:43:13     Sir Finance,
              6140 N. Lincoln Avenue,    Chicago, IL 60659-2318
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
20922212      Greenwood Loans
20922211      Hydra Funds
20922214      Mr. Porter
20922210      St. Armands Loans
21215530*  ++BROTHER LOAN AND FINANCE COMPANY,    7621 W 63RD ST,    SUMMIT IL 60501-1811
             (address filed with court: Brother Loan & Finance Company,    7621 W. 63rd St.,
               Summit, Il. 60501)
21171301*   +Sir Finance Corp,    6140 N. Lincoln Ave.,    Chicago, IL 60659-2318
                                                                                 TOTALS: 4, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1           User: corrinal              Page 2 of 2                   Date Rcvd: Oct 17, 2014
                               Form ID: pdf006             Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2014                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 14, 2014 at the address(es) listed below:
              Allan J DeMars    alland1023@aol.com
              Nicole G Lawson   on behalf of Debtor Stanley B Thomas info@lawsonlawgroup.com,
               nlaws2@yahoo.com;llgecf@gmail.com
              Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
                                                                                         TOTAL: 3
```