# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: STANLEY B. THOMAS

§
§
§
§

Case No. 13-34042
Hon. EUGENE R. WEDOFF
Chapter 7

Debtor(s)

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ALLAN J. DeMARS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $13,197.00 | Assets Exempt: | $57,700.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $7,374.81 | Claims Discharged Without Payment: | $88,875.73 |
| Total Expenses of Administration: | $1,663.82 | | |

3) Total gross receipts of $9,043.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $4.37 (see **Exhibit 2**), yielded net receipts of $9,038.63 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS from **Exhibit 3**) | $14,747.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $1,663.82 | $1,663.82 | $1,663.82 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $61,935.00 | $26,214.54 | $26,214.54 | $7,374.81 |
| **TOTAL DISBURSEMENTS** | $76,682.00 | $27,878.36 | $27,878.36 | $9,038.63 |

4) This case was originally filed under chapter  7  on 08/27/2013 .
   The case was pending for    16   months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as  **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as  **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/22/2014                             By: /s/ ALLAN J. DeMARS
                                                        Trustee

**STATEMENT**:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| repayment of funds spent post petition by debtor | 1129-000 | $9,043.00 |
| **TOTAL GROSS RECEIPTS** | | **$9,043.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| International Sureties, Ltd. | bond payment | | $4.37 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$4.37** |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Consumer Portfolio Services | 4210-000 | $14,747.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$14,747.00** | **$0.00** | **$0.00** | **$0.00** |

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Allan J. DeMars | 2100-000 | N/A | $1,654.30 | $1,654.30 | $1,654.30 |
| Allan J. DeMars | 2200-000 | N/A | $9.52 | $9.52 | $9.52 |
| | | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,663.82 | $1,663.82 | $1,663.82 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NONE | N/A | | $0.00 | $0.00 | $0.00 |
| | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NONE | | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC | 7100-900 | $0.00 | $364.34 | $364.34 | $102.50 |
| 2 | Atlas Acquisitions LLC | 7100-900 | $0.00 | $536.22 | $536.22 | $150.85 |
| 3 | Sir Finance Corp | 7100-000 | $1,200.00 | $862.00 | $862.00 | $242.50 |
| 4 | American InfoSource LP agent | 7100-000 | $446.00 | $370.49 | $0.00 | $104.23 |
| 5 | Brother Loan & Finance Co | 7100-000 | $1,500.00 | $1,117.37 | $1,117.37 | $314.34 |
| 6 | AAA Checkmate LLC | 7100-000 | $1,500.00 | $1,165.87 | $1,165.87 | $327.99 |
| 7 | Santander Consumer USA Inc, assignee of HSBC | 7100-000 | $0.00 | $19,047.89 | $19,047.89 | $5,358.65 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | American InfoSource LP agent | 7100-000 | $0.00 | $255.36 | $255.36 | $71.84 |
| 9 | American Info Source LP agent | 7100-000 | $2,000.00 | $2,495.00 | $2,495.00 | $701.91 |
| | 15 addtl scheduled with no claim filed | | $55,289.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $61,935.00 | $26,214.54 | $26,214.54 | $7,374.81 |

UST Form 101-7-TDR (10/1/2010)

**EXHIBIT "A"      FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Case No. 13-34042                                        Trustee Name: Allan J. DeMars

Case Name: STANLEY B. THOMAS                             Date Filed (f) or Converted (c): 8/27/13 (F)

For Period Ending: 3/31/15                               §341(a) Meeting Date: 10/9/13

                                                         Claims Bar Date: 1/27/14

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) Ref # | | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§ 554(a) abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | TCF checking and savings | 13,043.00 | 9,043.00 | | 9,043.00 | FA |
| 2 | security deposit with landlord | 850.00 | 0.00 | | | FA |
| 3 | clothing | 300.00 | 0.00 | | | FA |
| 4 | USPS pension | 51,000.00 | 0.00 | | | FA |
| 5 | 2010 Chevy HHR | 14,747.00 | 0.00 | | | FA |

TOTALS (Excluding unknown values)                9,043.00                         9,043.00

                                                                        (Total Dollar Amount in Column 6)

Major activities affecting case closing: obtaining refund, from debtor, of funds expended post petition; paid back in installments

Initial Projected Date of Final Report (TFR): November, 2014    Current Projected Date of Final Report (TFR): September, 2014

EXHIBIT "A" - FORM 2
**CASH RECEIPTS AND DISBURSEMENT RECORDS**

Case No.: 13-34042
Case Name: STANLEY B. THOMAS
Taxpayer ID#: xx-xxx5293
For Period Ending: 3/31/15

Trustee's Name: Allan J. DeMars
Bank Name: Wells Fargo
Initial CD #: CDI
Blanket bond (per case limit): 5,000,000
Separate bond (if applicable):
Checking acct#: xxxxxx3461

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Checking Acct Balance |
| 10/29/13 | Ref 1 | from debtor | partial repayment of funds expended post petition; turnover of checking account | 1129-000 | 4,043.00 | | 4,043.00 |
| 11/29/13 | Ref 1 | from debtor | partial repayment of funds expended post petition; turnover of checking account | 1129-000 | 500.00 | | 4,543.00 |
| 12/28/13 | Ref 1 | from debtor | partial repayment of funds expended post petition; turnover of checking account | 1129-000 | 500.00 | | 5,043.00 |
| 1/31/14 | Ref 1 | from debtor | partial repayment of funds expended post petition; turnover of checking account | 1129-000 | 500.00 | | 5,543.00 |
| 1/31/14 | | Wells Fargo | bank service fee | 2600-000 | | 30.00 | 5,513.00 |
| 2/4/14 | Check 1001 | International Sureties, Ltd. | bond premium | 2300-000 | | 4.37 | 5,508.63 |
| 2/10/14 | | Wells Fargo | reversal of service fee | 2600-000 | | (30.00) | 5,538.63 |
| 3/5/14 | Ref 1 | from debtor | partial repayment of funds expended post petition; turnover of checking account | 1129-000 | 500.00 | | 6,038.63 |
| 4/4/14 | Ref 1 | from debtor | partial repayment of funds expended post petition; turnover of checking account | 1129-000 | 500.00 | | 6,538.63 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Checking Acct Balance |
| 5/10/14 | Ref 1 | from debtor | partial repayment of funds expended post petition; turnover of checking account | 1129-000 | 500.00 | | 7,038.63 |
| 6/16/14 | Ref 1 | from debtor | partial repayment of funds expended post petition; turnover of checking account | 1129-000 | 500.00 | | 7,538.63 |
| 7/3/14 | Ref 1 | from debtor | partial repayment of funds expended post petition; turnover of checking account | 1129-000 | 500.00 | | 8,038.63 |
| 8/4/14 | Ref 1 | from debtor | partial repayment of funds expended post petition; turnover of checking account | 1129-000 | 500.00 | | 8,538.63 |
| 9/16/14 | Ref 1 | from debtor | partial repayment of funds expended post petition; turnover of checking account | 1129-000 | 250.00 | | 8,788.63 |
| 9/2914 | Ref 1 | from debtor | partial repayment of funds expended post petition; turnover of checking account | 1129-000 | 250.00 | | 9,038.63 |
| 11/5/14 | Check 1002 | Allan J. DeMars | trustee's fees | 2100-000 | | 1,654.30 | 7,384.33 |
| 11/5/14 | Check 1003 | Allan J. DeMars | reimbursement of expenses | 2200-000 | | 9.52 | 7,374.81 |
| 11/5/14 | Check 1004 | Atlas Acquisitions LLC | 726(a)(2) | 7100-900 | | 102.50 | 7,272.31 |
| 11/5/14 | Check 1005 | Atlas Acquisitions LLC | 726(a)(2) | 7100-900 | | 150.85 | 7,121.46 |
| 11/5/14 | Check 1006 | Sir Finance Corp | 726(a)(2) | 7100-000 | | 242.50 | 6,878.96 |
| 11/5/14 | Check 1007 | American InfoSource agent for Midland Funding | 726(a)(2) | 7100-000 | | 104.23 | 6,774.73 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| **Trans. Date** | **Check or Ref. #** | **Paid to/ Received from** | **Description of Transaction** | **Uniform Transaction Code** | **Deposit $** | **Disbursement $** | **Checking Acct Balance** |
| 11/5/14 | Check 1008 | Brother Loan & Finance Co | 726(a)(2) | 7100-000 | | 314.34 | 6,460.39 |
| 11/5/14 | Check 1009 | AAA Checkmate LLC | 726(a)(2) | 7100-000 | | 327.99 | 6,132.40 |
| 11/5/14 | Check 1010 | Santander Consumer USA, assignee of HSBC | 726(a)(2) | 7100-000 | | 5,358.65 | 773.75 |
| 11/5/14 | Check 1011 | American InfoSource agent for Direct TV | 726(a)(2) | 7100-000 | | 71.84 | 701.91 |
| 11/5/14 | Check 1012 | American InfoSource agent for Check n Go | 726(a)(2) | 7100-000 | | 701.91 | 0.00 |
| | | | | COLUMN TOTALS | 9,043.00 | 9,043.00 | 0.00 |
| | | | | Net | 9,043.00 | 9,043.00 | 0.00 |

```
                                              NET
TOTAL - ALL ACCOUNTS          NET DEPOSITS    DISBURSEMENTS    BALANCES
Checking# xxxxxx3461            9,043.00        9,043.00          0.00
```